People of the State of Illinois ex rel. John F. Sweeney, Appellee, v. James P. Allman et al., Appellants.

Gen. No. 41,945.

134

Heard in first division, first district, this court at October term, 1941; opinion filed June 1, 1942; rehearing denied June 16, 1942. Barnet Hodes, Corporation Counsel, for appellants; James A. Velde, Carl H. Lundquist and L. Louis Karton, Assistant Corporation Counsel, of counsel; Michael F. Ryan, for appellee; Richard F. McPartlin, Jr., of counsel. Opinion by JUSTICE O'CONNOR. "Not to be published in full."